UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAIDY TRINIDAD SUCRE LEZAMA,

Petitioner,

v.

WARDEN (FACILITY ADMINISTRATOR), NORTHWEST ICE PROCESSING CENTER, et al.,

Respondents.

CASE NO. 2:26-cv-03518-TL

ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

This matter is before the Court on Petitioner Saidy Trinidad Sucre Lezama's Motion for Temporary Restraining Order ("TRO motion"). Dkt. No. 2. Having reviewed Petitioner's motion, and noting that Respondents did not file a response, the Court DENIES Petitioner's motion.

Petitioner's motion is largely mooted by this District's General Order 10-25 ("General Order")[1] and the Scheduling Order issued in this case, *see* Dkt. No. 3, which overlap with the

[1] Available at https://www.wawd.uscourts.gov/sites/wawd/files/General%20Order%2010-25%20re%20Immigration%20Habeas.1.pdf.

relief sought in the TRO motion. Additionally, the motion does not establish that transfer or removal is imminently likely in the absence of preliminary relief. In any event, the Scheduling Order does not allow for the removal or transfer of Petitioner from this District without at least seven days' notice. Dkt. No. 3 at 2. Moreover, because Petitioner's request for release from detention and/or a bond hearing "is the same relief ultimately sought by his habeas petition, the Court concludes that it falls outside the limited purpose of a TRO and should instead be decided either after a preliminary injunction hearing or through regular adjudication of the habeas petition itself." *Nguyen v. Scott*, No. C25-1398, 2025 WL 2165995, at *7 (W.D. Wash. July 30, 2025); *see also Tang v. Bondi*, No. C25-1473, 2025 WL 2979938, at *2 (W.D. Wash. Sept. 3, 2025).

Accordingly, Petitioner's Motion for Temporary Restraining Order (Dkt. No. 2) is DENIED.

Dated this 22nd day of September, 2026.

Tana Lin
United States District Judge