UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAIDY TRINIDAD SUCRE LEZAMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN (FACILITY ADMINISTRATOR), NORTHWEST ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03518-TL<br><br>ORDER DISMISSING PETITION |

On October 29, 2026, while this case was pending, the court in *Lezama v. Mullin* granted Petitioner's petition for writ of habeas corpus and ordered Petitioner's release from detention. No. C26-3340, 2026 WL 3257224 (W.D. Wash. Oct. 29, 2026). On October 30, 2026, the Government confirmed Petitioner's release. Notice of Release, *Lezama v. Mullin* (Oct. 30, 2026), Dkt. No. 11. Generally, a habeas petition is moot where: (1) the petitioner has been released from detention; and (2) there are no "collateral consequences" from the detention that can be

addressed by adjudicating the merits of the petition. *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007).

Petitioner requests her immediate release or, in the alternative, a constitutionally adequate bond hearing. Dkt. No. 10 at 4. Given that Petitioner is no longer detained and cannot be re-detained without being afforded pre-detention notice and a hearing (unless detention becomes statutorily mandated), the instant petition is moot. *See Lezama*, 2026 WL 3257224, at *2.

Accordingly, Petitioner's petition (Dkt. Nos. 1, 10 (redacted)) is DISMISSED.

Dated this 20th day of November 2026.

Tana Lin
United States District Judge